**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DONALD FAGGARD, d/b/a,** | ) |
| **TW-507 INVESTMENTS, L.L.C.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **CIVIL ACTION NO. 07-0428-CG-M** |
| | ) |
| **AIG BAKER ORANGE BEACH WHARF** | ) |
| **L.L.C., and ATI TITLE COMPANY,** | ) |
| **L.L.C.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the court on the motion to compel arbitration filed by AIG Baker

Orange Beach Wharf, L.L.C. ("AIG Baker) (Doc. 12), and the parties' notice regarding

arbitration (Doc. 25), in which the parties advise that they have agreed to proceed to arbitration.

Upon due consideration, the defendant's motion to compel arbitration is hereby

**GRANTED**.  Therefore, it is **ORDERED** that all plaintiff's claims be submitted to arbitration

pursuant to the arbitration clause in the Levin's Bend - Purchase Agreement, and that this action

is **STAYED** pending further order of the court.

The clerk of court is directed to place this case on the court's administrative docket.

However, the court retains jurisdiction and the parties may request reinstatement at any time if

they require the court's intervention.

**DONE and ORDERED** this 1st day of October, 2007.

/s/ Callie V. S. Granade_____
CHIEF UNITED STATES DISTRICT JUDGE